IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ALLERGYFREE FOODS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID MCMAHON, <br><br> Defendant. <br><br> DAVID MCMAHON, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> ALLERGYFREE FOODS COMPANY, INC., TODD ROBSON, KELLIE YOUNG, RICHARD CROTEAU, and JOHN DOES 1-10 <br><br> Counterclaim Defendants. | Civil Action File No. 2:09-CV-120-WCO <br><br> JURY TRIAL DEMANDED |

## AMENDED MOTION FOR DISBURSEMENT OF FUNDS

AllergyFree Foods Company, Inc. moves for disbursement of the $5,000 bond paid into the registry of the court on June 27, 2009, since the case was dismissed on August 9, 2010. Movant requests that the clerk of court return the

Page 1 of 2

$5,000 bond to AllergyFree Foods Company, Inc., c/o George M. Thomas, Thomas, Kayden, Horstemeyer & Risley, L.L.P., 600 Galleria Parkway, Suite 1500 Atlanta, Georgia 30339 upon the entry of the attached Order.

This 3rd day of September, 2010.

|  |  |
|---|---|
| Stewart, Melvin & Frost, LLP<br>P. O. Box 3280<br>Gainesville, GA 30503<br>770/536-0101<br>770-532-2171 facsimile | s/J. Douglas Stewart<br>J. Douglas Stewart<br>Georgia Bar No. 681300<br>dstewart@smf-law.com<br>One of the Attorneys for AllergyFree Foods Company, Inc., Todd Robson, Kellie Young and Richard Croteau |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ALLERGYFREE FOODS COMPANY, INC., <br>     Plaintiff, <br><br> v. <br><br> DAVID MCMAHON, <br><br>     Defendant. <br><br> DAVID MCMAHON, <br>     Counterclaim Plaintiff, <br><br> v. <br><br> ALLERGYFREE FOODS COMPANY, INC., TODD ROBSON, KELLIE YOUNG, RICHARD CROTEAU, and JOHN DOES 1-10 <br>     Counterclaim Defendants. | Civil Action File No. <br> 2:09-CV-120-WCO <br><br> JURY TRIAL DEMANDED |

## ORDER ON MOTION FOR DISBURSEMENT OF FUNDS

The Clerk of Court is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $5,000.00 plus all accrued interest, minus any statutory user fees, payable to AllergyFree Foods Company, Inc. and mail or deliver the check to attorney c/o George M. Thomas, Thomas, Kayden, Horstemeyer & Risley, L.L.P., 600 Galleria Parkway, Suite 1500 Atlanta, Georgia 30339.

IT IS SO ORDERED this _____ day of _____, 2010.

_____
William C. O'Kelley
Senior United States District Judge

277803-1 56103.0

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AllergyFree Foods Company, Inc., ) | |
|     Plaintiff, ) | Civil Action File No. |
| vs. ) | 2:09-CV-120-WCO |
| David McMahon II, ) | |
|     Defendant. ) | |
| --- ) | |
| David McMahon II, ) | |
|     Counterclaim Plaintiff, ) | |
| vs. ) | |
| AllergyFree Foods Company, Inc., Todd Robson, Kellie Young, Richard Croteau, and John Does 1 – 10, ) | |
|     Counterclaim Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2010, I electronically filed the foregoing MOTION FOR RETURN OF BOND ORDER with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record, and I further certify that I have served a copy of such filing to

the below named defendant by U. S. Mail:

**David McMahon**
**7380 LOG CABIN ROAD**
**CUMMING, GA 30028**

|  |  |
|---|---|
|  | s/J. Douglas Stewart |
|  | J. Douglas Stewart |
| Stewart, Melvin & Frost, LLP | Georgia Bar No. 681300 |
| P. O. Box 3280 | dstewart@smf-law.com |
| Gainesville, GA  30503 | One of the Attorneys for AllergyFree |
| 770/536-0101 | Foods Company, Inc., Todd Robson, |
| 770-532-2171 facsimile | Kellie Young and Richard Croteau |

279109-1
56103.0